# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2019

Bridget M. McCormack,
Chief Justice

158037

David F. Viviano,
Chief Justice Pro Tem

JOHN MICHAEL JONES and OUTBACK
PROPERTY MANAGEMENT, LLC,
     Plaintiffs-Appellees,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 158037
COA: 334447
Macomb CC: 2015-001987-CB

WESTMINSTER, LLC and LEONARDO
ROBERTS,
     Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the May 24, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



d0225

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk